IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARIA F. WALLACE,<br>Plaintiff,<br>vs.<br><br>ACCESS SELF STORAGE RED OAK,<br>Defendants. | )<br>)<br>)  No. 3:17-CV-1602-M-BH<br>)<br>)<br>)<br>)  Referred to U.S. Magistrate Judge |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

By separate judgment, the plaintiff's federal claims will be **DISMISSED** with prejudice for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B), and her state law claims will be **DISMISSED** without prejudice to pursuing them in state court.

**SIGNED** this 14 day of July, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE